~~Amended Complaint~~

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 06 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ ~~DIVISION~~

CASE NO. ~~_____~~

I.  Parties   1:12CV00004 BSM/JTK

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

Name of plaintiff: Micheal E. Cohen
ADC # 140943

Address: 300 Correction Dr. NewPort, Ar. 72112

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Miller
and to Magistrate Judge Kearney

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Wendy Kelley

Position: Deputy Director for Health & Correctional Programs of ADC

Place of employment: Arkansas Department of Corrections (Central office)

Address: P.O. Box 8707 Pine Bluff, Ar. 71611

Name of defendant: Billy Cowell

Position: Health Services Administrator

Place of employment: Scott Grimes Unit

Address: 300 Corrections Dr. NewPort, Ar. 72112

Name of defendant: Melvin Nance

Position: Doctor

Place of employment: Scott Grimes Unit

Address: 300 Corrections Dr. NewPort, Ar. 72112

Name of defendant: Ashley Bagwell

Position: Director of Nurses

Place of employment: Scott Grimes Unit

Address: 300 Corrections Dr. NewPort, Ar. 72112

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ☐   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county):

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: **Scott Grimes Unit**
      **300 Corrections Dr. NewPort, Ar. 72112**

V.   At the time of the alleged incident(s), were you:
     (check appropriate blank)

     ____ in jail and still awaiting trial on pending criminal charges

     __✓__ serving a sentence as a result of a judgment of conviction

     ____ in jail for other reasons (e.g., alleged probation violation, etc.)
          explain: _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

     Did you file a grievance or grievances presenting the facts set forth in this complaint?

     Yes __✓__   No ____

     Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

     Yes __✓__   No ____

     If not, why? _____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need. Attach extra sheets if necessary.)

1. I wrote (Ms. Wendy Kelley) seven times stating that I have sever problems with Medical and that my Constitutional Infirmary Right (No.3) to Medical Aide, are being deliberately violated. She has failed to answer my letter I wrote. I even wrote an Affidavit to her stating what's going on with me.

Second, On 6-22-11, I informed Ms. Armstrong when she came to Isolation to do pill call that I have a knot in my chest and under my right arm due to the fact that I fell in my cell. (Upon the information that she gave me) She stated that I have to put in a sick-call and pay $3.00 per-policy by Mr. Billy Cowell, the Health Services Administrator. I wrote a grievance about this (See Exhibit A) I wrote Mr. Billy Cowell many times explaining to him about the problem that I have. When I went to classification He explains to Deputy Warden Joe Page III that I have a bleeding problem and knots in my stomach, and that I don't need no job assignment untill further notice. That why I recieved a Medical script every e 90 days.

Thrid, ON 9-22-11 I wrote a grievance on Dr. Melvin Nance because I wrote him a request telling him that the knots that I have, could be a overlooked lesions tied to Colon Cancer. It could be a easily overlooked type of abnormality in the colon and is the most likely type that can turn to cancerous and is most common than previously thought. Dr. Melvin Nance did not try to search for polyps, abnormal growths that stuck out from the lining and therefore can turn into cancer. He has fails to understand that there's another type of growth that is much more dangerous, and harder to see, because it is flat or depressed and similar in color to healthy tissue. I tried to explain to Dr. Melvin Nance that, the new study, published on March 5, 2009 in the Journal of the America Medical Association, suggests otherwise that Doctors tended to think that flat growths were less common and less dangerous. Depressed or indented lesions were the least common but the most risky. Dr. Melvin Nance had me taken Tylenol, and Ibuprofen at the same time when he knew that I'm bleeding and have Ulcers. I'm also taken muscle relaxing Medication that's causing me to have blurry vison, and bad headache all the time. Dr. Melvin Nance know that I'm in pain. See Exhibit B

Last, Ms. Ashley Bagwell has failed to make sure that the R.N.'s and L.P.N.'s, conduct their job fairly. Every time I go to Medical for anything I always have to wait for a long period of time to be seen by any one because the Nurses are always not doing any thing but sitting around in the break-room talking loudly. And also in the month of June 2011, Ms.

Ashley Bagwell came to Isolation and I ask her are anything being done about why I still bleeding and why do I have pain coming from my stomach to my rectum. She act like she didn't want to hear what I have to say and stated for me to get off the door. She are the Director of Nurses and her duty is to make sure that her Nurses do their Job in a timely manner, but she dont. See Exhibit C, D and E

## LEGAL CLAIMS

The Deliberate Indifference to Medical Needs violated plaintiff Michael E. Cohen Constitutional Infirmary Right (0.3) to Medical Aide and the (USC 842) under the "Federal Institutionalized Person Health & Safe Care Act". Under the 5th, 8th, and 14th Amendment Rights, the due-process rights to be free from the abuse of discretion of the Prison Administrators of an inmate's "Life and Health" and infliction of cruel and unusual punishment, as guaranteed by the 8th Amendment. And Medical Malpractice.

The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which plaintiff seeks Pursuant to 28 U.S.C. Section 2201 and 2202. And Authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rule of Civil Procedure.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

A preliminary and/or permanet injunction ordering defendants Wendy Kelley, Billy and Jennifer Horn Cowell, Melvin Nance, and Ashley Bagwell to make sure that I have surguey to stop the bleeding and get rid of these knots that's causing me pain. And don't allows me to get transfer to another unit because I filed a complaint against them. Compensatory Damages in the amount of $70,000 against each defendant, jointly and severally. Punitive Damage in the amount of $25,000. against each defendant. A jury trial on all issues triable by jury. Plaintiff's costs in this suit. Any additional relief this court deems just, proper, and equitable.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 28 day of December, 20 11.

Micheal E. Cohn #140543

Scott Grime Unit

300 Corrections Dr. NewPort, Ar. 72112
Signature(s) of plaintiff(s)

Revised 03/19/09

IGTT405  
3GT

Attachment V

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
# or REJECTION OF APPEAL

TO: Inmate <u>Cohen, Michael E.</u>    ADC #: <u>140543B</u>

FROM: <u>Kelley, Wendy L</u>    TITLE: <u>Deputy Director</u>

RE: Receipt of Grievance <u>GR-11-01007</u>    DATE: <u>10/12/2011</u>

Please be advised, the appeal of your grievance dated <u>07/21/2011</u> was received in my office on this date <u>10/12/2011</u>

**You will receive communication from this office regarding this Grievance by <u>11/24/2011</u>**

- ☒ The time allowed for appeal has expired
- ☒ The matter is non-grievable and does not involve retaliation:
    - ☒ (a) Parole and/or Release matter
    - ☒ (b) Transfer
    - ☒ (c) Job Assignment unrelated to medical restriction
    - ☒ (d) Disciplinary matter
    - ☒ (e) Matter beyond the Department's control and/or matter of State/Federal law
    - ☒ (f) Involves an anticipated event
- ☒ You did not send all the proper Attachments:
    - ☒ (a) Unit Level Grievance Form (Attachment 1)
    - ☒ (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    - ☒ (c) Did not give reason for disagreement with Response on Attachment III or IV
    - ☒ (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    - ☒ (e) Unsanitary form(s) or documents received
    - ☒ (f) Other

800-4

STATE OF ARKANSAS        )
                         ) §
COUNTY OF __Jackson__    )

## AFFIDAVIT

I, __Michael E Cohen__, after first being duly sworn, do hereby swear, depose and state that: Here at Scott Grimes Unit My Constitution Infirmary Right (10.3) to Medical Aide has been violated as well as the Institutionlized Person Health & Safe Care Act. the USC $42 Federal Institutionlized. I have Sickle Cell and I have not been seen for it not one time since I been here. I Also have a bleeding problem that Dr. Nance, Mr. Cowell, and Ms. Badwell has fail to exam.

I further swear that the statements, matters and things contained herein are true and accurate to the best of my knowledge, information and belief.

__9-23-11__
DATE

__Michael E Cohn__
AFFIANT

__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__
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this __23__ day of __Sept__, 20__11__.

__Antonio Garcia L.__
NOTARY PUBLIC

My Commission Expires: __20 Jan, 2016__

# AFFIDAVIT

STATE OF ARKANSAS )
)
COUNTY OF __Jackson__ )

I, __Michael E. Cohen # 140543__, after first being duly sworn, do hereby swear, depose and state that: Here at Scott Grimes Unit, My Constitutional Infirmary Rights (10.3) to Medical Aide has been violated and the Medical Personnell are coming Covering it up. It's has been over a month since I reported this knot that I have in my chest, and up under my right arm, it's swollen real bad. It's hurts when I inhale, I can't lay on my right side or back it's hurts when I do so. All they are trying to do is give me a X-ray to see if I have any broken bones, and that's it. So my (USC§42) Federal "Institutional Person Safe & Care Act" has been deliberly violated.

I further swear that the description of the incident contained herein, is a true, accurate and impartial description to the best of my knowledge, information and belief.

CHAD DAVIS
NOTARY PUBLIC-STATE OF ARKANSAS
LAWRENCE COUNTY
My Commission Expires Aug. 20, 2012

NAME: __Michael E. Cohen__
DATE: __7/18/2011__

__Michael E. Cohen__
SIGNATURE

Subscribed and sworn to before me this __18__ day of __July__, 20__11__.

_____
NOTARY PUBLIC

My Commission Expires: __Aug 20 2012__

ADC-CDC—1402

| | | |
|---|---|---|
| CMS GRIEVANCE RESPONSE | Exhibit A | Page 1 of 1 |
| IGTT420 | | Attachment IV |
| 3GH | | |

INMATE NAME: Cohen, Michael E.     ADC #: 140543B     GRIEVANCE #: GR-11-00903

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(652) You state that you were supposed to receive x-rays and a "cat scan."

Review of your record shows that you have been seen in sick call for your complaint on 6/18/11 and 7/13/11. On 6/23/11 a chest x-ray was performed with normal results. On 7/17/11 an x-ray of your ribs was performed with normal results. There are no orders for any other type of x-rays or scans. Therefore I find this grievance to be without merit. If you have further issues utilize the sick call process.

_Billy Buell_                _H.S.A._                _7-29-2011_
Signature of Health Services           Title                    Date
Administrator/Mental Health Supervisor
          or Designee

---

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?



_____         _____         _____
Inmate Signature                             ADC#                    Date

Let the Record Reflect / C.M.S. will be notified concerning this Constrained Grievance Affidavit will be filed.

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Received Grievance
JUN 29 2011
Grimes Unit

FOR OFFICE USE ONLY
GRV. # GR-11-00903
Date Received 6-29-11
GRV. Code #: 600

Unit/Center: Scott Grimes Unit
Name: Michael E. Cohen
ADC# 140543   Brks # 9g20?   Job Assignment: Unassign

6-20-11 (Date) STEP ONE: Informal Resolution

6-22-11 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Because I'm in a lots of pain and nothing is being done about it, and it hurts when I breath too.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? yes   If yes, circle one: (medical) or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I'm grieved concerning deliberate denial of needed Medical Care. I've informed several Nurses that I have a knot in my chest and it's hurting me real bad. They always stated put in a sick-call and pay $3.00. I put in a sick-call I were suppose to be getting a x-ray and cat-scan, but to no avail have I gotten either one of them. This knot in my chest are giving me problems, I can't hardly lay down because of the pain, and every time I take a deep breath it's hurts also. So therefore My Constitutional Infirmary Right (10.3) to Medical Aide has been deliberately violated as well as the (USC 342) Under the Federal "Institutionalized Person Health & Safe Care Act" Under the 5th, 8th, and 14th Amend. Rights, the due-process rights has been crouched in terms of the inmates Rights to be free from the abuse of discretion of the Prison Administrators of an inmates life and Health" and infliction of cruel and unusual Punishment" as guaranteed by the 8th Amend. A violation of the 8th Amend. is found when there's an "intentional denial" of needed Medical Care. And also under the Rights of Medical Care, a delay violates the Constitution if the medical need is urgent, even a short delay can result in extreme pain or death and can therefore amount to deliberate indifference, or if it's medically unjustified and clearly likely to make my medical problem worse, or result in a lifelong handicap or a permanent loss.

Michael Cohen #140543                                6-22-11
Inmate Signature                                     Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 6-23-11 (date), and determined to be Step One and/or an Emergency Grievance No (Yes or No). This form was forwarded to medical or mental health? yes (Yes or No). If yes, name of the person in that department receiving this form: _____ Date 6-23-11

RN Randy Anderson       41343        CN Randy Anderson        6-23-11
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including dates: Chest x-ray was ordered on 6/22/11. You must allow time for it to be scheduled & performed. No order for "CAT SCAN"

_____ 6/08/11                    Michael Cohen   6-28-11
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

Let the record reflect / CMS will be notified concerning this complaint. An Affidavit will be filed.

## UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center: Scott Grimes Unit

Name: Michael E. Cohen

ADC# 140543    Brks # 6 bks    Job Assignment: Hoe Squad

| FOR OFFICE USE ONLY |
|---|
| GRV. # |
| Date Received: |
| GRV. Code #: |

Exhibit B

9-22-11 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

9-22-11 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: Because I'm in pain and I'm still bleed.g and every time I use the bathroom, I'm dizzy.

Is this Grievance concerning Medical or Mental Health Services? Yes   If yes, circle one: **medical** or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I'm very grieved due to the concerns that I still have these knots in my stomach and I'm still having problems bleeding. It could be a overlooked lesions tied to Colon Cancer. It could be a easily overlooked type of abnormality in the colon and is the most likely type that can turn to cancerous, and is most common than previously thought. The Dr. namely (Dr. Lowe) are searching for polyps, abnormal growths that stick out from the lining and therefore can turn into cancer. He fails to understand that there's another type of growth that is much more dangerous, and harder to see, because it is flat or depressed and similar in color to healthy tissue. The new study suggests otherwise that Doctors tended to think that flat growths were less common and less dangerous. Depressed or Indented Lesions were the least common but the most risky. So therefore my Constitutional Infirmary Right (no. 3) to Medical Aide has been deliberately violated, as well as the (USC 811), under the Federal "Institutionalized Person Health & Safe Care Act", under the 5th, 8th, and 14th Amend. Rights, the due-process rights has been crouched in terms of the inmates Rights to be free from the abuse of discretion of the Prison Administrators of an inmates "Life and Health" and infliction of "cruel and unusual punishment" as guaranteed by the 8th Amend. A violation of the 8th Amend. is found when there's an "intentional denial" of needed Medical Care. These knots that I have are still giving me problem I'm still having pain from them and nothing are being done about this. And I'm also bleeding on a Daily Basis.

Michael E. Cohen  # 140543                 9-22-11
Inmate Signature                            Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

### THIS SECTION TO BE FILLED OUT BY STAFF ONLY

This form was received on 9-22-11 (date), and determined to be **Step One** and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date 9-22-11

CPL Joe Van Dyne       50527      CPL Joe Van Dyne            9-22-11
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature      Date Received

Describe action taken to resolve complaint, including dates: _____

Staff Signature & Date Returned _____      Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____    Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE** – Grievance Officer; **ORIGINAL** – Given back to Inmate After Completion of Step One and Step Two.

NPC 1.5.0

Exhibit C

ATTACHMENT 1

# Inmate Request Form
# Newport Complex

235

This form is to be used by inmates in contacting staff with requests on issues. Staff should be given 5 working days to respond.

| Name: Michael E. Cohen | ADC Number: 140543 | Date: 6-21-11 |
|---|---|---|
| Housing Assignment: Seg-20T 6 | Job Assignment: Unassign | |
| To (Staff Member): | Office: Medical | |

I have a request concerning the following area (circle one):

Classification    Parole    Visitation    (Medical)    Telephones    Property

Mail    Law Library    Commissary    General Library    Job Assignment

Staff    Mental Health    Personal Hygiene    Other: _____

Detailed Reason for Request: When will I recieved my Insoles. I thank you very much.

Received by
CMS Grimes Unit

JUN 2 2 2011

Medical Grievance
Officer

Have you talked to any staff member about this request? ___ Yes ✓ No  If so, whom?
Staff member(s) contacted: _____  Date: _____

Michael Cohen  6-21-11
Inmate's Signature    Date

*********************************************************

| Staff Member Responding: | Date: |
|---|---|

I have reviewed your request and my finding is as follows: _____

Rec'd 7-22-11

B Hendrix
Staff Signature

I am referring this request to: Hendrix

272

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

Unit/Center Scott Grimes Unit

Received/Grievance

MAR 29 2011

Grimes Unit

FOR OFFICE USE ONLY
GRV. # 6R-11-00450
Date Received 3-29-11
GRV. Code #: 600

Name Michael E. Cohen

ADC# 140543   Brks # Sec 222   Job Assignment Unassign

3-25-11 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why:_____

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? yes   If yes, circle one: **medical** or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I'm grieved and disappointed because on (3-25-11) during pill call I again reported a self-inflicted wound to the Nurse Armstrong, showing needed medical attention, because my right hand are still swollen from the 14 day of March, and hurting real bad. Nurse Armstrong said that she had talked to (Ms. Bridgeman) a few days ago about my hand. (Ms. Bridgeman) refuse to treat me or see me and stated for me to pay $3.00 and put in a sick-call deliberately denying me medical aide. My Constitutional Infirmary Rights (10.3), to medical aide has been deliberately violated as well as the (USC§43) Under the Federal "Institutionalized Person's Health & Safe Care Act" Under the 5th, 8th, and 14th Amend. Rights, the due-process Rights has been croached in terms of the inmate's Rights to be free from the abuse of discretion of the prison administrator's of an inmate's life and Health and infliction of cruel and unusual punishment guaranted by the 8th Amend.! A violation of the 8th Amend. is found when there is Intentional denial of needed medical Care, or the Unit aides Conduct indicates deliberate indifference to medical needs of inmates." A.R.225-Page-14-Line I-Conduct unbecoming while on duty, while acting as a Representative of Agency. (Result-in) written suspension, Discharge. A Complaint will be filed to the DOJ for Prison, and C.M.S. Headquarters

Michael E. Cohen # 140543                              3-25-11
**Inmate Signature**                                    **Date**

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 3-25-204 (date), and determined to be **Step One** and/or an **Emergency Grievance** yes (Yes or No). This form was forwarded to medical or mental health? ____ (Yes or No). If yes, name of the person in that department receiving this form: Brenda Bridgeman pn/R Date 3/25/11

Jeff Cain                 38524        Jeff Cain            3-25-204
**PRINT STAFF NAME (PROBLEM SOLVER)**   **ID Number**   **Staff Signature**   **Date Received**
Describe action taken to resolve complaint, including **dates**: _____
Seen 3-15-11, 3-16-11, & 3-25-11

_____ 3-28-11                    Michael Cohen  3-28-11
**Staff Signature & Date Returned**             **Inmate Signature & Date Received**

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two

Let the Record Reflect! C.M.S. and DOJ for Prisoner will be notified concerning this Complaint/Grievance Affidavit will be filed. JUL 11 2011 Received Grimes Unit

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)
Unit/Center Scott Grimes Unit
Name Michael E. Cohen
ADC# 140543   Brks # Seg-207   Job Assignment Unassign

FOR OFFICE USE ONLY
GRV. # GR-11-00952
Date Received: 7-11-11
GRV. Code #: 1000

207

Exhibit D

7-6-11 (Date) STEP ONE: Informal Resolution

7-8-11 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Because the Health Care Provider and/or see Dr. Above has fail to properly exam me, and this deliberate indifference of needed medical care.

_____ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? yes   If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I'm very grieved and disappointed because it's been 2 weeks since I've had an X-ray done, because of this knot that I have in my chest. I have'nt seen a Health Care Provider, or a Doctor, and this knot that I have gotten bigger and I'm still in pain. So therefore My Constitutional Infirmary Rights (10.3) to Medical Aide has been deliberately violated as well as the (USC 542) Under the Federal "Institutionalized Person Health & Safe Care Act". Under the 5th, 8th, and 14th Amend. Rights, the due-process rights has been crouched in terms of the inmates Rights to be free from the abuse of discrection of the Prison Administrators of an inmate's "Life and Health" and "infliction of cruel and unusual Punishment", as guaranteed by the 8th Amend. A violation of the 8th Amend. is found when there's an "intentional denial" of needed Medical Care, or when a prison official's conduct indicates deliberate indifference to the medical needs of inmates. And also under the Rights of Medical Care, a delay violates the Constitution if the medical need is urgent, even a short delay can result in extreme pain or death and can therefore amount to deliberate indifference, or if it's medically unjustified and clearly likely to make my medical problem worse, or result in a lifelong handicap or a pamenent loss.

Michael E. Cohen #140543        7-6-11
Inmate Signature                Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 7/7/11 (date), and determined to be **Step One** and/or an Emergency Grievance NO (Yes or No). This form was forwarded to medical or mental health? Med (Yes or No). If yes, name of the person in that department receiving this form: DVA   Date 7-7-11
Jerry Croslin         59762      Jerry Croslin         7/7/11
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including dates: The nurse did not note any "knot" upon exam. X-rays did not show any abnormalities.

_____ 7-8-11        Micheal E. Cohen  7-8-11
Staff Signature & Date Returned        Inmate Signature & Date Received
This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: _____

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.