# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**MICHAEL COHEN, ADC #140543**                                                **PLAINTIFF**

**v.**          **CASE NO. 1:12CV00004 BSM-JTK**

**WENDY KELLEY et al.**                                                **DEFENDANTS**

## ORDER

Consistent with the order entered today, this case is hereby dismissed without prejudice, and the relief sought is denied.

Dated this 28th day of February 2012.

_____
UNITED STATES DISTRICT JUDGE